IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT JEFFERY BAILEY,**                          **PLAINTIFF**

v.          Case No. 4:25-CV-00208-JM-JTK

**FAULKNER COUNTY DETENTION
CENTER UNIT 1**                            **DEFENDANT**

## ORDER

Brent Jeffery Bailey ("Plaintiff") has not responded to the Court's March 10, 2024, Order directing him to pay either the $405 filing and administrative fee, of file a complete Motion for Leave to Proceed *In Forma Pauperis*, within 30 days. (Doc. No. 2). The Court warned Plaintiff that his failure to do one or the other would result in the dismissal of his Complaint without prejudice. (*Id*.).

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff has failed to respond, his Complaint is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 7th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE