# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRENT JEFFERY BAILEY,**                    **PLAINTIFF**

**v.**                    **Case No. 4:25-CV-00208-JM-JTK**

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 1**                    **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 7th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE